**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802)
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA CAMPBELL, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC and<br>HORNELL BREWING CO., INC.,<br><br>Defendants. | CASE NO. 4:22-cv-02752-JST<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Jon S. Tigar |

– 1 –

**GOOD GUSTAFSON**

On June 22, 2023, the Court required Plaintiff "file either a written response showing cause as to why a timely opposition was not filed or a statement of nonopposition" to Defendants' Motion to Dismiss filed on June 5, 2023 (ECF No. 53) (the "Motion").

Due to error, Plaintiff failed to file a statement of nonopposition as to certain issues raised in the Motion. Plaintiff respectfully requests leave of the Court to file a nonopposition to the Motion as the Motion relates to the issues raised in the Motion. Specifically, Defendants raise issues concerning punitive damages, injunctive relief, unpurchased products bearing similar representations, and statements made on Defendants' website and social media.

Out of an abundance of caution, Plaintiff would like to reiterate that the nonopposition concerns only the issues raised in the Motion, and it is not intended to be construed as a nonopposition to any other previously raised issues in Defendants' prior Motion to Dismiss (ECF No. 19) nor a dismissal of Plaintiff's case.

Plaintiff apologizes for any inconvenience caused to the Court or defense counsel by the failure to timely file the nonopposition and respectfully requests leave of Court to file the nonopposition consistent with Civil L.R. 7-3(b).

[SIGNATURE PAGE FOLLOWS]

[SIGNATURE PAGE TO RESPONSE TO ORDER TO SHOW CAUSE]

Dated: June 29, 2023

Respectfully submitted,

GOOD GUSTAFSON AUMAIS LLP
*/s/ J. Ryan Gustafson*
jrg@ggallp.com
2330 Westwood Blvd., Ste. 103
Los Angeles, CA 90064
Tel.: (310) 274-4663

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2023, a true and correct copy of this Response was filed with the Court via the Electronic Case Filing System, and was served on all counsel of record through the same means.

/s/ J. Ryan Gustafson

J. Ryan Gustafson, Esq.
