UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, et al.,<br><br>Defendants. | Case No. 22-cv-02752-JST<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Re: ECF No. 52 |

Defendants Arizona Beverages USA LLC and Hornell Brewing Co., Inc. (collectively, "Arizona") have moved to dismiss portions of Plaintiff Marcia Campbell's first amended complaint. ECF No. 52. Specifically, Arizona seeks to dismiss Campbell's claims for "fraudulent representations, based upon website and social media statements; unpurchased and unidentified products; injunctive relief; and punitive damages." *Id.* at 17.

After Campbell failed to file a timely opposition or statement of nonopposition to Arizona's motion, the Court ordered her to "file either a written response showing cause as to why a timely opposition was not filed or a statement of nonopposition to the motion." ECF No. 53. In response, Campbell filed a request for leave to file a statement of nonopposition. ECF No. 54 at 2.

The Court construes Campbell's response as the statement of nonopposition required by Civil Local Rule 7-3(b) when "the party against whom [a] motion is directed does not oppose the motion." Campbell need not file a separate statement of nonopposition.

Because Campbell does not oppose the relief sought by Arizona in its motion, Arizona's motion is granted. The Court dismisses Campbell's claims for injunctive relief, her claims for punitive damages, her claims regarding unpurchased and unidentified products, and her claims based on allegedly fraudulent representations on Arizona's website and in Arizona's social media

1  posts.  Dismissal of these claims is without leave to amend.
2       **IT IS SO ORDERED.**
3  Dated:  June 30, 2023



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California