WILLENKEN LLP
Jason H. Wilson, Esq. (ID No. 140269)
Kirby Hsu, Esq. (ID No. 312535)
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@willenken.com
khsu@willenken.com

STEVENS & LEE
Robert P. Donovan (*admitted pro hac vice*)
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Facsimile No.: (610) 371-7938
robert.donovan@stevenslee.com

*Attorneys for Defendants,*
*ARIZONA BEVERAGES USA LLC and*
*HORNELL BREWING CO., INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA CAMPBELL, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC and HORNELL BREWING CO., INC.,<br><br>Defendants. | CASE NO. 4:22-CV-02752-JST<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES |

Defendants, Arizona Beverages USA, LLC (individually, "ABUSA") and Hornell Brewing Co., Inc. (individually, "Hornell") (collectively, "Defendants"), hereby answer Plaintiff's First Amended Class Action Complaint (ECF No. 49, "FAC") as follows:

1. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 1 of the FAC.

2. To the extent that the claims and allegations contained in paragraph 2 of the FAC concern unpurchased and unidentified products, such claims were dismissed by the Court (ECF

-1-
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

55) and no response is required. To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 2 of the FAC.

3. As to the claims and allegations concerning alleged deceptive marketing and advertising, to the extent those allegations concern statements about ABUSA's website and/or social medial posts, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 3 of the FAC.

4. Defendants deny the allegations contained in paragraph 4 of the FAC.

5. Defendants deny the allegations contained in paragraph 5 of the FAC.

6. Defendants deny the allegations contained in paragraph 6 of the FAC.

7. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first two sentences of paragraph 7 of the FAC. Defendants deny the last sentence of paragraph 7 of the FAC and deny the remaining allegations contained in paragraph 7 of the FAC.

8. Defendants deny the allegations contained in paragraph 8 of the FAC.

9. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 9 of the FAC.

10. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first sentence of paragraph 10 of the FAC. Defendants deny the allegations contained in the second sentence of paragraph 10 of the FAC. As to the claims and allegations for injunctive relief, alleged in the third sentence of paragraph 10, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 10 of the FAC.

11. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first sentence of paragraph 11 of the FAC. Defendants deny the second sentence of paragraph 11 of the FAC and deny the remaining of the allegations contained in paragraph 11 of the FAC.

12. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 12 of the FAC.

13. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first sentence of paragraph 13 of the FAC. Defendants deny the second sentence of paragraph 13 of the FAC and deny the remaining of the allegations contained in paragraph 13 of the FAC.

14. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 14 of the FAC.

15. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 15 of the FAC.

15a. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 15a of the FAC.

15b. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first sentence of paragraph 15b of the FAC. Defendants deny the remaining allegations contained in paragraph 15b of the FAC.

15c. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 15c of the FAC.

15d. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first sentence of paragraph 15d of the FAC. Defendants deny the allegations contained in the second and third sentences of paragraph 15d of the FAC. As to the claims and allegations for injunctive relief, contained in the fourth sentence of paragraph 15d of the FAC, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 15d of the FAC.

15f. [15e – blank] Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 15f of the FAC.

15g. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in the first sentence of paragraph 15g of the

FAC. As to the claims and allegations for injunctive relief, contained in the second sentence of paragraph 15g of the FAC, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 15g of the FAC.

15h. As to the claims and allegations for injunctive relief, contained in paragraph 15h of the FAC, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 15h of the FAC.

15i. Defendants deny the allegations contained in paragraph 15i of the FAC.

15j. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 15j of the FAC.

16. ABUSA admits that it is a New York limited liability company located in Woodbury, New York. Defendants deny the remaining allegations contained in paragraph 16 of the FAC.

17. Hornell admits that it is a New York corporation located in Woodbury, New York. Defendants deny the remaining allegations contained in paragraph 17 of the FAC.

17a. Defendants deny the allegations contained in paragraph 17a of the FAC.

17b. Defendants deny the allegations contained in paragraph 17b of the FAC.

17c. Defendants deny the allegations contained in paragraph 17c of the FAC.

18. With respect only to Plaintiff's allegations about reserving rights to amend, Defendants are without knowledge or information sufficient to form a belief about the truth of those claims and allegations contained in paragraph 18 of the FAC. Defendants deny the remaining allegations contained in paragraph 18 of the FAC.

19. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 19 of the FAC.

20. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 20 of the FAC.

21. Defendants are without knowledge or information sufficient to form a belief about

the truth of the claims and allegations contained in paragraph 21 of the FAC.

22. Defendants deny the allegations contained in paragraph 22 of the FAC.

23. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 23 of the FAC.

24. Defendants deny the allegations contained in paragraph 24 of the FAC.

25. Defendants deny the allegations contained in paragraph 25 of the FAC.

26. Defendants deny the allegations contained in paragraph 26 of the FAC.

27. Defendants deny the allegations contained in paragraph 27 of the FAC.

28. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 28 of the FAC.

29. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 29 of the FAC.

30. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 30 of the FAC.

31. Defendants deny the allegations contained in paragraph 31 of the FAC.

32. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 32 of the FAC.

33. Defendants deny the allegations contained in paragraph 33 of the FAC.

34. Defendants deny the allegations contained in paragraph 34 of the FAC.

35. Defendants deny the allegations contained in paragraph 35 of the FAC.

36. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 36 of the FAC.

37. Defendants deny the allegations contained in paragraph 37 of the FAC.

38. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 38 of the FAC.

39. Defendants deny the allegations contained in paragraph 39 of the FAC.

40. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraphs 40, and 40a through 40c of the

FAC.

41. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations concerning products other than Defendants, that are referenced in paragraph 41 of the FAC and which are depicted in paragraph 40. Defendants deny any deceptive conduct and deny the remaining allegations contained in paragraph 41 of the FAC.

42. Defendants deny the allegations contained in paragraph 42 of the FAC.

43. As to the claims and allegations concerning alleged fraudulent marketing and advertising, to the extent those allegations concern statements about ABUSA's website and/or social medial posts, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 43 of the FAC.

44. As to the claims and allegations concerning alleged fraudulent website statements, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 44 of the FAC.

45. As to the claims and allegations concerning alleged fraudulent social media posts, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 45 of the FAC.

46. Defendants deny the allegations contained in paragraph 46 of the FAC.

47. Defendants deny the allegations contained in paragraph 47 of the FAC.

48. Defendants deny the allegations contained in paragraph 48 of the FAC.

49. Defendants deny the allegations contained in paragraph 49 of the FAC.

50. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 50 of the FAC.

51. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 51 of the FAC.

52. Defendants deny the allegations contained in paragraph 52 of the FAC.

53. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 53 of the FAC.

54. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 54 of the FAC.

55. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 55 of the FAC.

56. Defendants deny the allegations contained in paragraph 56 of the FAC.

57. As to the claims and allegations concerning alleged fraudulent marketing and advertising, to the extent those allegations concern statements about ABUSA's website and/or social medial posts, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 57 of the FAC.

58. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 58 of the FAC.

59. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 59 of the FAC.

60. Defendants deny the allegations contained in paragraph 60 of the FAC.

61. Defendants deny the allegations contained in paragraph 61 of the FAC.

62. Defendants deny the allegations contained in paragraph 62 of the FAC.

63. Defendants deny the allegations contained in paragraph 63 of the FAC.

64. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 64 of the FAC.

65. Defendants deny the allegations contained in paragraph 65 of the FAC.

66. Defendants deny the allegations contained in paragraph 66 of the FAC.

67. Defendants deny the allegations contained in paragraph 67 of the FAC.

68. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 68 of the FAC.

69. Defendants deny the allegations contained in paragraph 69 of the FAC.

70. Defendants deny the allegations contained in paragraph 70 of the FAC.

71. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 71 of the FAC.

72. Defendants deny the allegations contained in paragraph 72 of the FAC.

73. Defendants deny the allegations contained in paragraph 73 of the FAC.

74. Defendants deny the allegations contained in paragraph 74 of the FAC.

75. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 75 of the FAC.

76. Defendants deny the allegations contained in paragraph 76 of the FAC.

77. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 77 of the FAC.

78. Defendants deny the allegations contained in paragraph 78 of the FAC.

79. Defendants deny the allegations contained in paragraph 79 of the FAC.

80. Defendants deny the allegations contained in paragraph 80 of the FAC.

81. Defendants deny the allegations contained in paragraph 81 of the FAC.

82. Defendants deny the allegations contained in paragraph 82 of the FAC.

83. Defendants deny the allegations contained in paragraph 83 of the FAC.

84. Defendants deny the allegations contained in paragraph 84 of the FAC.

85. Defendants deny the allegations contained in paragraph 85, and 85a through 85f of the FAC.

86. Defendants deny the allegations contained in paragraph 86 of the FAC.

87. Defendants deny the allegations contained in paragraph 87 of the FAC.

88. Defendants deny the allegations contained in paragraph 88 of the FAC.

89. Defendants deny the allegations contained in paragraph 89 of the FAC.

90. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 90a and 90b of the FAC.

91. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 91 of the FAC.

92. Defendants deny the allegations contained in paragraph 92 of the FAC.

93. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraphs 93, and 93a through 93c of the FAC. As to the claims and allegations concerning injunctive relief at paragraph 93d of the FAC, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraphs 93e and 93f of the FAC. Defendants deny the remaining allegations contained in paragraph 93, and 93a through 93f of the FAC.

94. Defendants deny the allegations contained in paragraph 94 of the FAC.

95. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 95 of the FAC.

96. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 96 of the FAC.

97. Defendants deny the allegations contained in paragraph 97 of the FAC.

98. Defendants deny the allegations contained in paragraph 98 of the FAC.

99. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 99 of the FAC.

## **COUNT I**

100. Defendants repeat and reassert their answers to the previous allegations as if fully set forth herein at length.

101. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 101 of the FAC.

102. Defendant is without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 102 of the FAC.

103. Defendant is without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 103 of the FAC.

104. Defendant denies the allegations contained in paragraph 104 of the FAC.

105. Defendants deny the allegations contained in paragraph 105 of the FAC.

106. Defendants deny the allegations contained in paragraph 106 of the FAC.

107. Defendants deny the allegations contained in paragraph 107 of the FAC.

108. Defendants deny the allegations contained in paragraph 108 of the FAC.

109. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 109 of the FAC.

110. Defendants deny the allegations contained in paragraph 110 of the FAC.

111. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 111 of the FAC.

112. Defendants deny the allegations contained in paragraph 112 of the FAC.

113. Defendants deny the allegations contained in paragraph 113 of the FAC.

114. Defendants deny the allegations contained in paragraph 114 of the FAC.

115. Defendants deny the allegations contained in paragraph 115 of the FAC.

116. Defendants deny the allegations contained in paragraph 116 of the FAC.

117. Defendants deny the allegations contained in paragraph 117 of the FAC.

118. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 118 of the FAC.

119. Defendants deny the allegations contained in paragraph 119 of the FAC.

120. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 120 of the FAC.

121. Defendants deny the allegations contained in paragraph 121 of the FAC.

122. Defendants deny the allegations contained in paragraph 122 of the FAC.

123. Defendants deny the allegations contained in paragraph 123 of the FAC.

124. Defendants deny the allegations contained in paragraph 124 of the FAC.

125. Defendants deny the allegations contained in paragraph 125 of the FAC.

126. Defendants deny the allegations contained in paragraph 126 of the FAC.

127. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 127 of the FAC.

128. Defendants deny the allegations contained in paragraph 128 of the FAC.

129. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 129 of the FAC.

130. Defendants deny the allegations contained in paragraph 130 of the FAC.

131. Defendants deny the allegations contained in paragraph 131 of the FAC.

132. Defendants deny the allegations contained in paragraph 132 of the FAC.

133. Defendants deny the allegations contained in paragraph 133 of the FAC.

134. Defendants deny the allegations contained in paragraph 134 of the FAC.

135. Defendants deny the allegations contained in paragraph 135 of the FAC.

136. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 136 of the FAC.

137. Defendants deny the allegations contained in paragraph 137 of the FAC.

138. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 138 of the FAC.

139. Defendants deny the allegations contained in paragraph 139 of the FAC.

## COUNT II

140. Defendants repeat and reassert their answers to the previous allegations as if fully set forth herein at length.

141. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 141 of the FAC.

142. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 142 of the FAC.

143. Defendants deny the allegations contained in paragraph 143 of the FAC.

144. Defendants deny the allegations contained in paragraph 144 of the FAC.

145. Defendants deny the allegations contained in paragraph 145 of the FAC.

146. Defendants deny the allegations contained in paragraph 146 of the FAC.

147. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 147 of the FAC.

148. Defendants deny the allegations contained in paragraph 148 of the FAC.

149. Defendants deny the allegations contained in paragraph 149 of the FAC.

## COUNT III

150. Defendants repeat and reassert their answers to the previous allegations as if fully set forth herein at length.

151. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 151 of the FAC.

152. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 152 of the FAC.

153. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 153 of the FAC.

154. Defendants deny the allegations contained in paragraph 154 of the FAC.

155. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 155 of the FAC.

156. Defendants deny the allegations contained in paragraph 156 of the FAC.

157. Defendants deny the allegations contained in paragraph 157, and 157a through 157c of the FAC.

158. Defendants are without knowledge or information sufficient to form a belief about

the truth of the claims and allegations contained in paragraph 158 of the FAC.

159. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 159 of the FAC.

160. Defendants deny the allegations contained in paragraph 160 of the FAC.

161. Defendants deny the allegations contained in paragraph 161 of the FAC.

162. Defendants deny the allegations contained in paragraph 162 of the FAC.

## COUNT IV

163. Defendants repeat and reassert their answers to the previous allegations as if fully set forth herein at length.

164. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 164 of the FAC.

165. Defendants deny the allegations contained in paragraph 165 of the FAC.

166. Defendants deny the allegations contained in paragraph 166 of the FAC.

167. Defendants deny the allegations contained in paragraph 167 of the FAC.

168. Defendants deny the allegations contained in paragraph 168 of the FAC.

169. Defendants deny the allegations contained in paragraph 169 of the FAC.

170. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 170 of the FAC.

## COUNT V

171. Defendants repeat and reassert their answers to the previous allegations as if fully set forth herein at length.

172. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 172 of the FAC.

173. Defendants deny the allegations contained in paragraph 173 of the FAC.

174. Defendants deny the allegations contained in paragraph 174 of the FAC.

175. Defendants deny the allegations contained in paragraph 175 of the FAC.

176. Defendants deny the allegations contained in paragraph 176 of the FAC.

177. Defendants deny the allegations contained in paragraph 177 of the FAC.

178. Defendants deny the allegations contained in paragraph 178 of the FAC.

179. Defendants deny the allegations contained in paragraph 179 of the FAC.

180. Defendants deny the allegations contained in paragraph 180 of the FAC.

181. Defendants deny the allegations contained in paragraph 181 of the FAC.

182. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 182 of the FAC.

183. Defendants are without knowledge or information sufficient to form a belief about the truth of the claims and allegations contained in paragraph 183 of the FAC.

184. Defendants deny the allegations contained in paragraph 184 of the FAC.

185. As to the claims and allegations concerning injunctive relief, no response is required because that claim was dismissed by the Court (ECF 55). To the extent a response is required, those allegations are denied and Defendants deny the remaining allegations contained in paragraph 185 of the FAC.

## COUNT VI

186. Defendants repeat and reassert their answers to the previous allegations as if fully set forth herein at length.

187. Defendants deny the allegations contained in paragraph 187 of the FAC.

188. Defendants deny the allegations contained in paragraph 188 of the FAC.

189. Defendants deny the allegations contained in paragraph 189 of the FAC.

190. Defendants deny the allegations contained in paragraph 190 of the FAC.

191. Defendants deny the allegations contained in paragraph 191 of the FAC.

192. Defendants deny the allegations contained in paragraph 192 of the FAC.

## PRAYER FOR RELIEF

Answering the "Prayer for Relief" section of the FAC, Defendant responds that this section does not contain any allegations to which a response is required. The claims for relief seeking injunctive relief, punitive damages, regarding unpurchased and unidentified products,

and claims based upon alleged fraudulent representations on ABUSA's website and in its social media posts were dismissed by order of this Court [ECF No. 55].

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. The FAC, and each and every count or cause of action therein, fails to state facts sufficient to constitute any claim or cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

2. Plaintiff's claims are time-barred to the extent that the alleged conduct took place outside of the applicable limitations periods which vary by claim.

### THIRD AFFIRMATIVE DEFENSE
### (Estoppel)

3. Plaintiff and the putative classes she purports to represent are estopped by their conduct or that of their agent(s), from recovering any relief by the FAC or any purported claim or cause of action contained therein.

### FOURTH AFFIRMATIVE DEFENSE
### (Waiver)

4. By their conduct, Plaintiff and the putative classes she purports to represent have waived any right to recover any relief sought in the FAC, or any purported claim or cause of action alleged therein.

### FIFTH AFFIRMATIVE DEFENSE
### (Laches)

5. The FAC is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE
### (Primary Jurisdiction)

6. Some or all of Plaintiff's claims and causes of action are barred by the doctrine of primary jurisdiction in that the Plaintiff's claims raise issues that should be addressed in the first instance by the United States Food and Drug Administration.

## SEVENTH AFFIRMATIVE DEFENSE
### (Preemption)

7. Some or all of Plaintiff's claims and causes of action are preempted by applicable federal law and/or federal regulations.

## EIGHTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

8. Plaintiff and some or all of the putative classes she purports to represent lack standing to assert the claims or causes of action asserted in the FAC.

## NINTH AFFIRMATIVE DEFENSE
### (Safe Harbor)

9. Some or all of the Plaintiff's claims and causes of action are barred by the safe harbor doctrine.

## TENTH AFFIRMATIVE DEFENSE
### (Good Faith Under Cal. Civ. Code § 1782))

10. Some or all of the Plaintiff's claims and causes of action are barred under the defense of good faith set forth in Cal. Civ. Code § 1782(e).

## ELEVENTH AFFIRMATIVE DEFENSE
### (Adequate Remedy at Law)

11. The claims or causes of action of Plaintiff, which seek equitable remedies and/or injunctive relief, are barred in light of the fact that Plaintiff has an adequate remedy at law.

## TWELTH AFFIRMATIVE DEFENSE
### (Good Faith)

12. Any conduct or actions undertaken by or on behalf of Defendant regarding the allegations in the FAC, if any, were undertaken in good faith, were reasonable, and lacked malice.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Superseding or Intervening Cause)

13. Defendants are informed and believe, and thereon allege, that any and all damages, if any, sustained by Plaintiff were proximately caused, contributed to or aggravated by the acts or omissions of Plaintiff, or other persons or entities for which Defendants are neither

responsible nor liable. Said acts or omissions were an intervening and/or superseding cause of damages, if any, thus barring Plaintiff from any recovery against Defendants.

### FOURTEENTH AFFIRMATIVE DEFENSE
(To the Extent Sought, Punitive Damages Are Not Recoverable)

14. Plaintiff's FAC, to the extent that it seeks punitive or exemplary damages, violates Defendants' right to protection from excessive fines as provided in the Eighth Amendment of the United States Constitution and violates Defendant's right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and therefore fails to state a claim upon which either punitive or exemplary damages can be awarded.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Unclean Hands)

15. Plaintiff's claims are barred by the doctrine of unclean hands.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Voluntary Payment)

16. Plaintiff's claims are barred by the doctrine of voluntary payment.

### SEVENTEENTH AFFIRMATIVE DEFENSE
(Conduct Not Unfair)

17. Some or all of Plaintiff's claims and causes of action are barred because Defendant's conduct was not unfair.

### EIGHTEENTH AFFIRMATIVE DEFENSE
(Conduct Not Misleading and/or Fraudulent)

18. Some or all of Plaintiff's claims and causes of action are barred because the conduct alleged was not likely to mislead and/or was not fraudulent.

### NINETEENTH AFFIRMATIVE DEFENSE
(Disclosure)

19. Plaintiff's CLRA claims are barred by the doctrine of disclosure.

### TWENTIETH AFFIRMATIVE DEFENSE
(Lack of Notice/Breach of Warranty)

20. Plaintiff's warranty claims are barred by lack of adequate pre-suit notice.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Lack of Notice/CLRA Claim)

21. Plaintiff's CLRA claims are barred by lack of pre-suit notice.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Lack of Privity)

22. Plaintiff's warranty claims are barred by lack of privity.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
### (Res Judicata)

23. Some of Plaintiff's claims are barred by the doctrine of res judicata.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (Reservation of Defenses)

24. Defendants have insufficient information available upon which to form a belief as to whether it has available additional, as yet unstated, affirmative defenses. Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates they would be appropriate.

WHEREFORE, Defendants demand judgment as follows:

1. That Plaintiff and the putative classes take nothing by their FAC;

2. That Plaintiff's FAC be dismissed in its entirety, with prejudice;

3. That judgment be entered against Plaintiff and in favor of Defendants;

4. That Defendants recover its costs of suit herein, including their reasonable attorneys' fees as allowed by law or statute; and

5. That the Court award such other and further relief as it deems appropriate.

Respectfully submitted,

Dated: August 14, 2023

/s/ Robert P. Donovan
ROBERT P. DONOVAN

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761

-and-

WILLENKEN LLP
Jason H. Wilson, Esq. (ID No. 140269)
Kirby Hsu, Esq. (ID No. 312535)
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@willenken.com
khsu@willenken.com

*Attorneys for Defendants,*
*Arizona Beverages USA LLC and*
*Hornell Brewing Co., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the above document with the United States District Court for the Northern District of California by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

/s/ Robert P. Donovan
ROBERT P. DONOVAN