UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINIQUE JAMISON,<br><br>            Plaintiff,<br><br>    v.<br><br>ARIZONA BEVERAGES USA LLC, et al.,<br><br>            Defendants. | Case No. 23-cv-00920-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Jon S. Tigar for consideration of whether the case is related to *Campbell v. Arizona Beverages*, No. CV 4:22-cv-02752-JST.

      **IT IS SO ORDERED.**

Dated: 8/16/2023

_____
VINCE CHHABRIA
United States District Judge