1  Robert P. Donovan (*pro hac vice*)
   robert.donovan@stevenslee.com
2  STEVENS & LEE
   669 River Drive, Suite 201
3  Elmwood Park, New Jersey 07407
4  Telephone: (201) 857-6778
   Facsimile: (610) 371-7938
5

6  Jason H. Wilson (Bar No. 140269)
   jwilson@willenken.com
7  Kirby Hsu (Bar No. 312535)
   khsu@willenken.com
8  WILLENKEN LLP
   707 Wilshire Boulevard, Suite 3850
9  Los Angeles, California 90017
   Telephone: (213) 955-9240
10 Facsimile: (213) 955-9250

11
   Attorneys for Defendants,
12 ARIZONA BEVERAGES USA LLC AND HORNELL
   BREWING CO., INC.
13

14                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
15

16 | MARCIA CAMPBELL, individually, and on behalf of those similarly situated, | CASE NO. 3:22-cv-02752-RFL |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CLASS CERTIFICATION BRIEFING (L.R. 6-2(a))** |
| v. | |
| ARIZONA BEVERAGES USA LLC and HORNELL BREWING CO., INC., | Hon. Rita F. Lin, U.S.D.J. |
| Defendants. | Action Filed: May 9, 2022 |

22

23                        **STIPULATION**

24      This Stipulation is entered into by and between Marcia Campbell ("Campbell" or

25 "Plaintiff") and Arizona Beverages USA LLC and Hornell Brewing Co., Inc. ("Arizona" or

26 "Defendants") ("collectively, the "Parties"), by and through their counsel:

27

28                                         -1-
   JOINT STIPULATION AND PROPOSED ORDER TO EXTEND
   DEADLINE FOR CLASS CERTIFICATION BRIEFING

12/13/2023 SL1 1966215v1 115260.00011

WHEREAS, Plaintiff filed the First Amended Class Action complaint ("FAC") on April 21, 2023 (ECF No. 49);

WHEREAS, by order entered September 19, 2023, this Court entered a scheduling order setting the deadline for a class certification motion as February 12, 2024 (ECF No. 67);

WHERAS, the parties have been diligently pursuing discovery but delays have been encountered due to the time that was needed to be undertaken during the meet and confer process to resolve disputes concerning the Plaintiff's responses to discovery requests, the resultant delays arising from that process, extensions Plaintiff granted to Defendants to produce discovery, and the need to take depositions sufficiently in advance of the motion. The parties conferred about taking Plaintiff's deposition in December without success due to the location of the Plaintiff, the locations of counsel for each party, and scheduling difficulties caused by the holiday season.

WHEREAS, in light of the above, the Parties have agreed to request an extension of the deadlines for the briefing schedule on the motion for class certification by 45 days.

WHEREAS, Civil Local Rule 6-2(a) permits parties to file a stipulation requesting an order changing time that affects the date of an event or deadline set by the Local Rules.

WHEREAS, there have been no prior motions for time modifications concerning the briefing deadlines for class certification.

WHEREAS, other than extending the deadline, the requested modification of time will not have any effect on any later date or deadline set by either the local rules or court order.

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties jointly and respectfully request that the Court enter an order providing the following schedule:

| Event | Deadline |
|---|---|
| Class certification motion and Plaintiffs' class certification expert disclosures due | March 28, 2024 |
| Deadline to complete depositions of Plaintiffs' class certification experts | April 28, 2024 |

| Event | Deadline |
|---|---|
| Defendant's class certification opposition; class certification expert disclosures; and *Daubert* motions concerning Plaintiffs class certification experts due | May 30, 2024 |
| Deadline to complete depositions of Defendants' class certification experts | July 1, 2024 |
| Plaintiffs' class certification reply; opposition to Defendants' class certification *Daubert* motions; and affirmative class certification *Daubert* motions due | July 15, 2024 |
| Defendants' *Daubert* reply and opposition to Plaintiff's *Daubert* motions due | August 14, 2024 |
| Plaintiffs' *Daubert* reply due | August 29, 2024 |

**IT IS SO STIPULATED.**

Dated: December 13, 2023         GOOD GUSTAFSON AUMAIS LLP

/s/ John Ryan Gustafson
JOHN RYAN GUSTAFSON
Attorneys for Plaintiff and Proposed Class

Dated: December 13, 2023         STEVENS & LEE

/s/ Robert P. Donovan
ROBERT P. DONOVAN
Attorneys for Defendants,
Arizona Beverages USA LLC and
Hornell Brewing Co., Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2023

The Honorable Rita F. Lin, U.S.D.J.
United States District Court

-3-
JOINT STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINE FOR CLASS CERTIFICATION BRIEFING
12/13/2023 SL1 1966215v1 115260.00011

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Robert P. Donovan, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on December 13, 2023, in Elmwood Park, New Jersey.

/s/Robert P. Donovan
Robert P. Donovan