UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC and HORNELL BREWING CO., INC.,<br><br>Defendants. | CASE NO. 4:22-cv-02752-RFL<br><br>STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, WITHOUT COSTS AND WITHOUT ATTORNEYS' FEES TO ANY PARTY |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Marcia Campbell ("Plaintiff"), and Defendants, Arizona Beverages USA LLC and Hornell Brewing Co., Inc. ("Defendants"), hereby stipulate and agree to the voluntary dismissal of this action with prejudice, without costs and without attorneys' fees to any of the parties.

Respectfully submitted,

THE KEETON FIRM LLC

Dated: June 6, 2024

_____
Steffan T. Keeton

Steffan T. Keeton, Esq.
The Keeton Firm LLC
100 South Commons, Suite 102
Pittsburgh, Pennsylvania 15212
*Attorneys for Plaintiff*

STEVENS & LEE

Dated: 6-25, 2024

_____
Robert P. Donovan

Robert P. Donovan, Esq.
Stevens & Lee
668 River Drive, Suite 201
Elmwood Park, New Jersey 07407
*Attorneys for Defendants*

-1-
STIPULATION OF VOLUNTARY DISMISSAL

SL1 2102497v1 115260.00011

### Signature Attestation

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: 6-25, 2024

STEVENS & LEE

/s/ Robert P. Donovan

Robert P. Donovan

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, NJ 07407
Telephone: (201) 857-6778
Facsimile: (610) 371-7938
*Robert.donovan@stevenslee.com*

*Attorneys for Defendants,*
*Arizona Beverages USA LLC and*
*Hornell Brewing Co., Inc.*

-2-
STIPULATION OF VOLUNTARY DISMISSAL

SL1 2102497v1 115260.00011